FILED
CLERK, U.S. DISTRICT COURT

MAR 2 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. GLAIR,<br><br>        Plaintiff,<br><br>    vs.<br><br>THE CITY OF LOS ANGELES, et al.,<br><br>        Defendants. | Case No. CV 06-2730-R (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge with respect to defendants' Motion to Dismiss Plaintiff's Second Amended Complaint for Failure to State a Claim for Relief (the "Motion"). No objections to the Report and Recommendation have been filed by plaintiff or defendants. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that:

1.  The Motion is denied with respect to plaintiff's Fourth Amendment claim against defendants Roditis and Gomez.

2.  The Motion is granted without leave to amend with respect to plaintiff's Fourteenth Amendment claim.

3. The Motion is denied with respect to plaintiff's First Amendment claim against defendants Roditis and Gomez.

4. The Motion is granted without leave to amend with respect to all of plaintiff's state law claims against defendant Mukri, and defendant Mukri is dismissed from this action.

5. The Motion is denied with respect to plaintiff's state law claims against defendant City of Los Angeles for false arrest, intentional infliction of emotional distress, and under Cal. Civ. Code § 52.1(b) based on plaintiff's arrest without probable cause and the arresting officers' interference with plaintiff's right to freedom of speech.

6. The Motion is granted without leave to amend with respect to plaintiff's claims against defendant City of Los Angeles under Cal. Civ. Code § 52.1(b) based on negligence and a violation of public policy.

7. Defendants Roditis, Gomez, and City of Los Angeles are ordered to serve and file an Answer to Second Amended Complaint within 20 days.

DATED: March 21, 2008

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE