| 1 | |
|---|---|
| 2 | |
| 3 | |
| 4 | JS - 6 |
| 5 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RICHARD J. GLAIR, | CASE NO.: **CV06-02730 R (RNBx)** |
|---|---|
| Plaintiff, | **JUDGMENT ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| vs. | **[FRCP 56]** |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | **[Lodged concurrently with Notice of Motion and Motion; Proposed Statement of Uncontroverted Material Facts and Conclusions of Law; Declaration of Colleen R. Smith and Exhibits; Declaration of Officer T. Rodda and Exhibit; [Proposed] Order]** |
| | DATE: May 18, 2009<br>TIME: 10:00<br>CTRM: 8 |
| | Judge: **Hon. Manuel L. Real**<br>Magistrate: **Hon. Robert N. Block** |

Defendants CITY OF LOS ANGELES, SPIRO J. RODITIS and CHRISTOPHER GOMEZ's motion for summary judgment/partial summary judgment was heard on May 18, 2009, by the Honorable Manuel L. Real in Courtroom 8 of the United States District Court for the Central District of California. Plaintiff Richard Glair appeared in pro se.

1

1 | Deputy City Attorney Colleen R. Smith appeared on behalf of Defendants.

2

3 | After considering the moving, opposition, and reply papers, and all admissible
4 | evidence and other matters presented to the Court, the Court GRANTED the CITY OF
5 | LOS ANGELES, SPIRO J. RODITIS and CHRISTOPHER GOMEZ's Motion for
6 | Summary Judgment.

7

8 | IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Richard Glair have
9 | and recover nothing by reason of each and all his claims as set forth in the operative
10 | complaint against Defendants CITY OF LOS ANGELES, SPIRO J. RODITIS and
11 | CHRISTOPHER GOMEZ, that the action be dismissed with prejudice, and that
12 | Defendants shall recover their costs in accordance with Local Rule 54.

13

14 | IT IS SO ORDERED.

15

16 | DATED: _May 18, 2009__     _____
17 | HONORABLE MANUEL L. REAL
    | JUDGE OF THE UNITED STATES DISTRICT COURT

2


# PROOF OF SERVICE BY MAIL

**RICHARD J. GLAIR v. CITY OF LOS ANGELES, et al.**
**USDC Case No. CV06-02730 R (RNB)**

I, KATHERINE FINAN, declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 200 North Main Street, City Hall East, 6th Floor, Los Angeles, California 90012, which is located in the county where the mailing described below took place.

On March 20, 2009, I served the foregoing document(s) described as:

**[PROPOSED] JUDGMENT ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at Los Angeles, California, addressed to:

Richard J. Glair
1183 Queen Anne
Los Angeles, CA 90019
(323) 860-8719
*Plaintiff In Pro Se*

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury under the laws of the states of the United States that the foregoing is true and correct.

Executed on March 20, 2009, at Los Angeles, California.

KATHERINE FINAN, Declarant