UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. GLAIR,<br><br>           Plaintiff,<br><br>  vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>           Defendants. | CASE NO.: **CV06-02730 R (RNBx)**<br><br>**AMENDED JUDGMENT ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**<br><br>**[FRCP 56]**<br><br>**[Lodged concurrently with Proposed Order re: Statement of Uncontroverted Material Facts; Proposed Order]**<br><br>Judge: **Hon. Manuel L. Real**<br>Magistrate: **Hon. Robert N. Block** |

      Defendants CITY OF LOS ANGELES, SPIRO J. RODITIS and CHRISTOPHER GOMEZ's motion for summary judgment/partial summary judgment was heard on May 18, 2009, by the Honorable Manuel L. Real in Courtroom 8 of the United States District Court for the Central District of California. Plaintiff Richard Glair appeared in pro se. Deputy City Attorneys Colleen R. Smith and Kelly Kades appeared on behalf of Defendants.

/ / /

1

1  After considering the moving, opposition, and reply papers, and all admissible
2  evidence and other matters presented to the Court, the Court GRANTED the CITY OF
3  LOS ANGELES, SPIRO J. RODITIS and CHRISTOPHER GOMEZ's Motion for
4  Summary Judgment.

6  IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Richard Glair have
7  and recover nothing by reason of each and all his claims as set forth in the operative
8  complaint against Defendants CITY OF LOS ANGELES, SPIRO J. RODITIS and
9  CHRISTOPHER GOMEZ, that the action be dismissed with prejudice, and that
10 Defendants shall recover their costs in accordance with Local Rule 54. Plaintiff also shall
11 pay the outstanding sanctions in the amount of $2,430.00 awarded by the Court on March
12 13, 2007.

14  IT IS SO ORDERED.

16  DATED: __May 19, 2009__        _____
17                                 HONORABLE MANUEL L. REAL
                                   JUDGE OF THE UNITED STATES DISTRICT COURT

# PROOF OF SERVICE BY MAIL

I, KATHERINE FINAN, declare as follows:

At the time of service I was over 18 years of age and not a party to this action. My business address is 200 N. Main Street, 6th Floor, City Hall East, Los Angeles, CA 90012, which is in the County, City and State where this mailing occurred.

On May 18, 2009, I served the document(s) described as:

**[PROPOSED] JUDGMENT ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**

on all interested parties in this action:

Richard J. Glair
1183 Queen Anne
Los Angeles, CA  90019
(323) 860-8719
*Plaintiff In Pro Se*

I served a true copy of the document(s) above by:

[✘] Depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the address(es) above.

Executed on May 18, 2009 at Los Angeles, California.

[✘] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[✘] I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
KATHERINE FINAN